# EXHIBIT "B"

POST & SCHELL, P.C.
BY: JEFFREY M. BRENNER, ESQUIRE
E-MAIL: jbrenner@postschell.com
I.D. # 313580
Four Penn Center, 13th Floor
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103-2808
215-587-1133

ATTORNEYS FOR DEFENDANT
AMERICAN MODERN SELECT
INSURANCE COMPANY

| | |
|---|---|
| CAPITAL FLIP, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN MODERN SELECT<br>INSURANCE COMPANY,<br><br>　　　　　Defendant. | COURT OF COMMON PLEAS<br>ALLEGHENY COUNTY<br><br>NO. GD-18-015710 |

## STIPULATION TO ACCEPT SERVICE OF COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the above parties that Jeffrey M. Brenner, Esquire shall accept service of the Complaint on behalf of American Modern Select Insurance Company on January 25, 2019.

SOMMER LAW GROUP, P.C.

_____
BRAD N. SOMMER, ESQUIRE
ATTORNEY FOR PLAINTIFF
CAPITAL FLIP, LLC

DATED: 1/28/19

POST & SCHELL, P.C.

_____
JEFFREY M. BRENNER, ESQUIRE
ATTORNEY FOR DEFENDANT,
AMERICAN MODERN SELECT
INSURANCE COMPANY

DATED: 1/28/19