IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAPITAL FLIP, LLC<br><br>                    Plaintiff,<br><br>vs.<br><br>AMERICAN MODERN SELECT<br>INSURANCE COMPANY,<br><br>                    Defendant. | CIVIL ACTION<br><br>NO. 2:19-CV-180-PJP |

## DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant American Modern Select Insurance Company, in the above-captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issues shares or debt securities to the public:

1. American Modern Select Insurance Company is not a publicly held corporation or other publicly held entity.

2. American Modern Select Insurance Company is a wholly-owned subsidiary of American Modern Insurance Group, Inc., which is not a publicly held corporation.

**Dated:  February 22, 2019**              **POST & SCHELL, P.C.**

                By:   */S/ Steven J. Schildt, Esq.*
                      **Steven J. Schildt, Esq.**
                          (PA I.D.: 79011)
                      **Jeffrey M. Brenner, Esq.**
                          (PA I.D.: 313580)
                      Four Penn Center, 13th Fl.
                      1600 John F Kennedy Blvd.
                      Philadelphia, PA 19103
                      215-587-1089
                      *Attorneys for Defendant American Modern Select Insurance Company*